■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE LASANE, Appellant. [648 NYS2d 921] —Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered on

or about September 2, 1993, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4^1/2$ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. The issues raised by defendant regarding the credibility of witnesses were properly placed before the jury and we see no reason to disturb its determination. Defendant's acquittal on the sale count does not render his conviction on the possession with intent to sell count against the weight of the evidence (*People v Bradley*, 193 AD2d 385, *lv denied* 81 NY2d 1070; *People v Fridic*, 222 AD2d 220, *lv denied* 88 NY2d 878), and there is no basis "to delve into the thought processes of the jury" in this regard (*People v Ortiz*, 170 AD2d 396, 397, *lv denied* 77 NY2d 998). Concur—Rosenberger, J. P., Wallach, Kupferman, Nardelli and Mazzarelli, JJ.